473 A.2d 663

Zankowich v. Huntingdon Valley Hunt.
Appeal of Huntingdon Valley Hunt.

Submitted November 4, 1983. Stephen B. Harris, for appellant; David I. Grunfeld, for appellees.

Before ROWLEY, BECK and MONTGOMERY, JJ.

The decree of the lower court is hereby affirmed.